Below is an opinion of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No. 23-60377-tmr13 |
|---|---|
| ANTHONY PETER YANKE, | |
| Debtor. | OPINION |

On February 6, 2024, the attorney of record for Debtor, Anthony Peter Yanke, filed a Notice of Death with an attached Certificate of Death indicating Debtor passed away prior to December 17, 2023. ECF No. 59. The attorney later filed a Motion to Dismiss Chapter 13 Bankruptcy Case based on the death. ECF No. 66.

The chapter 13 trustee, Naliko Markel, filed a Trustee's Motion to Dismiss on May 3, 2024. ECF No. 63. In the motion, Trustee alleges plan payment defaults and the death of Debtor as reasons for dismissing the case. No party has filed a motion to continue this chapter 13 case.

Based on the filed documents, the court finds under FRBP 1016 that further administration of this case is not possible and is not in the best interest of the parties. Therefore, the court will dismiss this case by separate order.

###

Page 1 of 1 – OPINION